# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ERIC A. FERRON,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA
BOARD OF PROBATION AND PAROLE,

        Respondent

        :  No. 618 EAL 2015
        :
        :
        :  Petition for Allowance of Appeal from
        :  the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

        **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

        Justice Eakin did not participate in the decision of this matter.